UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHAEL HERBST,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>Defendant. | No. 4:15-CV-5116-JTR<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE |

**BEFORE THE COURT** is Plaintiff's motion for dismissal with prejudice. ECF No. 21.  Attorney Thomas Bothwell represents Michael Herbst (Plaintiff); Special Assistant United States Attorney Richard M. Rodriguez represents the Commissioner of Social Security (Defendant).  The parties have consented to proceed before a magistrate judge. ECF No. 3.

Plaintiff requests a dismissal of his action, with prejudice, and indicates Defendant has no objection to the motion to dismiss.  ECF No. 21.  Accordingly,

**IT IS HEREBY ORDERED:**

1. Plaintiff' motion for dismissal with prejudice, **ECF No. 21**, is **GRANTED**.

2. Plaintiff's Complaint, ECF No. 5, is **DISMISSED WITH PREJUDICE**.

ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS . . . - 1

| | |
|---|---|
| 1 | **IT IS SO ORDERED**.  The District Court Executive is directed to file this |
| 2 | Order, provide a copy to counsel for Plaintiff and Defendant, and **CLOSE** the file. |
| 3 | DATED July 22, 2016. |



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS . . . - 2